**UNITED STATES OF AMERICA,**
**Plaintiff–Appellee,**

v.

**Oscar HERNANDEZ, Defendant–**
**Appellant.**

**No. 01–10663.**
**D.C. No. CR–01–00602–1–ROS.**

United States Court of Appeals,
Ninth Circuit.

Submitted Sept. 8, 2003.*

Decided Sept. 15, 2003.

Linda C. Boone, USPX–Office of the U.S. Attorney, Phoenix, AZ, for Plaintiff–Appellee.

Michele R. Moretti, Lake Butler, FL, for Defendant–Appellant.

Before PREGERSON, THOMAS and PAEZ, Circuit Judges.

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

MEMORANDUM**

Oscar Hernandez appeals his guilty-plea conviction and 57–month sentence for illegal re-entry after deportation, in violation of 8 U.S.C. § 1326(a).

Pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), counsel for Hernandez has filed a brief stating that there are no meritorious issues for review, and a motion to withdraw as counsel of record. Hernandez has not filed a pro se supplemental brief.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 83, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no further issues for review. Counsel's motion to withdraw is **GRANTED** and the district court's judgment is **AFFIRMED.**

---

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.